IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAY L. ARMSTRONG | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-00-CV-594 |
| SEALY MATTRESS COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

The parties, through their undersigned counsel, jointly move the Court to extend the following deadlines established by this Court's Scheduling Order:

1. The extension of the deadline for discovery and the submission of the status report from August 28, 2000 to October 15, 2000.

2. The extension of the deadline for requests for admission from September 5, 2000 to October 30, 2000.

3. The extension of the deadline for dispositive pretrial motion from September 26, 2000 to November 15, 2000.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 24 P 4:09
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

All other instructions and provisions set forth in the original Scheduling Order shall remain unchanged and shall be heeded by the parties.

| | |
|---|---|
| BRITT · GETTY LAW OFFICES | MCGUIREWOODS LLP |

By: _____ /EDM
Gorman E. Getty, III
Federal Bar No. 01787
23 Washington Street
Post Office Box 1485
Cumberland, MD 21501-8032
Telephone: 301-777-8032

By: _____ /EDM
Douglas M. Topolski
Federal Bar No. 07844
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
Telephone: 410-659-4400

APPROVED:

_____
CATHERINE C. BLAKE
United States District Judge

_____8/24/00_____
Date