IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAY L. ARMSTRONG     *

    Plaintiff     *

v.     *     Civil Action No. CCB-00-CV-594

SEALY MATTRESS COMPANY     *

    Defendant     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

The parties, through their undersigned counsel, jointly move the Court to extend the following deadlines:

1. The extension of the deadline for discovery and the submission of the status report from October 15, 2000 to December 1, 2000.

2. The extension of the deadline for requests for admission from October 30, 2000 to December 15, 2000.

3. The extension of the deadline for dispositive pretrial motion from November 15, 2000 to January 12, 2001.

All other instructions and provisions set forth in the original Scheduling Order shall remain unchanged and shall be heeded by the parties.

BRITT · GETTY LAW OFFICES

MCGUIREWOODS LLP

By: _____
Gorman E. Getty, III
Federal Bar No. 01787
23 Washington Street
Post Office Box 1485
Cumberland, MD 21501-8032
Telephone: 301-777-8032

By: _____
Douglas M. Topolski
Federal Bar No. 07844
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
Telephone: 410-659-4400

APPROVED:

_____
CATHERINE C. BLAKE
United States District Judge

10/12/00
Date