IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAY L. ARMST5RONG, | : |
| Plaintiff, | : |
| Vs. | : CIVIL ACTION NO. CCB 00 CV 594 |
| SEALY MATTRESS COMPANY, | : |
| Defendant. | : |

: : : : : : : :

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

The parties, through their undersigned counsel, jointly move the Court to extend the following deadlines:

1. The extension of the deadline for discovery and the submission of the status report from December 1, 2000, to January 30, 2001.

2. The extension of the deadline for requests for admission from December 15, 2000, to February 14, 2001.

3. The extension of the deadline for dispositive pretrial motions from January 12, 2001, to March 16, 2000.

All other instructions and provisions set forth in the original Scheduling Order shall remain unchanged and shall be heeded by the parties.

| BRITT • GETTY LAW OFFICES | McGUIRE, WOODS, BATTLE & BOOTHE, LLP |
|---|---|
| By _____<br>Gorman E. Getty, III<br>Federal Bar No. 01787<br>23 Washington Street<br>Post Office Box 1485<br>Cumberland, MD 21501-1485<br>Telephone: (301) 777-8032 | By _____<br>Douglas M. Topolski<br>Federal Bar No. 07844<br>7 Saint Paul Street<br>Suite 1000<br>Baltimore, Maryland 21202<br>Telephone: (410) 659-4400 |

APPROVED:

_____
CATHERINE C. BLAKE
United States District Judge

_____12/1/00_____
Date

2