IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAY L. ARMSTRONG | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-00-CV-594 |
| SEALY MATTRESS COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND DEADLINE TO REPLY

Defendant Sealy Mattress Company, through their undersigned counsel, respectfully requests an extension of time to file its Reply to Plaintiff's Answer to its Motion for Summary Judgment and states as follows:

1. Plaintiff's Answer to Defendant's Motion for Summary Judgment was mailed to counsel for Defendant on May 23, 2001.

2. Under the Local Rules, Defendant's Reply is due June 6, 2001.

3. Defendant requests that it be allowed until June 22, 2001 to submit its Reply.

4. Counsel for Plaintiff indicates that he does not oppose this requested extension.

WHEREFORE, Defendant respectfully requests that the time for filing its Reply to Plaintiff's Answer to its Motion for Summary Judgment be extended until June 22, 2001.

*/s/ Douglas M. Topolski* /eom
Douglas M. Topolski

*Elena D. Marcuss*
Elena D. Marcuss
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
410-659-4400

Attorneys for Defendant
Sealy Mattress Company

APPROVED:

_____     __5/31/01_____
CATHERINE C. BLAKE                                Date
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 2001, a copy of the foregoing Unopposed Motion to Extend Deadline to Reply was mailed, first class, postage prepaid to Gorman E. Getty, III, 23 Washington Street, Post Office Box 1485, Cumberland, Maryland 21501-1485, counsel for Plaintiff.

*Elena D. Marcuss*
Elena D. Marcuss