IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAY L. ARMSTRONG | * | |
| | * | |
| | * | |
| v. | * | CIVIL NO. CCB-00-594 |
| | * | |
| | * | |
| | * | |
| SEALY MATTRESS COMPANY | * | |

ORDER

In accordance with the attached Memorandum, it is this 30 day of July 2001, by the United States District Court for the District of Maryland, ORDERED:

1.  That Defendant's Motion for Summary Judgment is granted; and

2.  That this case be closed upon the records of the Court

_____
Catherine C. Blake
United States District Judge